

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00240-CV

IN RE JAMES M. CALHOUN AND                    RELATORS
THE DAVID AND VIRGINIA BRIAN
FAMILY MANAGEMENT CO., LLC

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: WALKER, DAUPHINOT, and GARDNER, JJ.

DELIVERED: June 14, 2012

---

[1]See Tex. R. App. P. 47.4, 52.8(d).